UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KEVIN BARBER** | : | **DOCKET NO. 2:22-cv-04264** |
| **VERSUS** | : | **JUDGE JAMES D CAIN, JR.** |
| **UNITED SERVICES AUTOMOBILE ASSOCIATION** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. #18], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Kevin Barber's voluntary motion to dismiss without prejudice [doc. 17] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED in Chambers this 22nd day of September, 2023.

_____
JAMES D. CAIN, JR., JUDGE
UNITED STATES DISTRICT COURT